1
2
3
4
5
6
7

8      UNITED STATES DISTRICT COURT

9      SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | Case No.: 07CR1312-JAH |
|---|---|---|
| 12 | Plaintiff, | ORDER RE: EX PARTE APPLICATION FOR ORDER ALLOWING COPY CONNECTION TO BILL THE COURT FOR THEIR SERVICES |
| 13 | v. | |
| 14 | PHAT NOGC TRAN , | |
| 15 | Defendant. | |
| 16 | | |

17    Good cause appearing therefore:

18    IT IS HEREBY ORDERED that the requested expenditure for extraordinary expenses is

19 appropriate and the Court shall authorize expenditure not to exceed $232.83 to Copy Connection to

20 prepare true copies of documents and disks to be used in trial and preparation for trial.

21    IT IS FURTHER ORDERED that Shaun Khojayan, counsel for Phat Nogc Tran, be provided

22 with a Certified Copy of this Order;

23    IT IS SO ORDERED.

24 DATED: October 18, 2007

25                                HON. JOHN A. HOUSTON
                                   UNITED STATES DISTRICT COURT JUDGE
26
27
28

ORDER RE: EX PARTE APPLICATION FOR ORDER ALLOWING COPY CONNETION TO BILL THE COURT
FOR THEIR SERVICES

CR-07-1312- JAH